# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT
# (CENTRAL DIVISION)

| | |
|---|---|
| **RAYMUNDA MARCANO FIGUEROA,**<br><br>Plaintiff,<br><br>v.<br><br>**CULTURAL HOMESTAY INTERNATIONAL; MCDONALD'S RESTAURANTS OF IOWA; STEENA CO., LLC d/b/a MCDONALDS, and CARA VANSTEENIS,**<br><br>Defendants. | **CASE NO. 4:23-cv-00065-RGE-SBJ**<br><br><br>**NOTICE OF SETTLEMENT** |

**COMES NOW**, the Plaintiff Raymunda Marcano Figueroa, by and through her undersigned counsel, Benjamin D. Bergmann, and hereby notifies the Court that this case has settled. Upon the execution of settlement agreements, the Plaintiff will file a motion to dismiss.

Respectfully submitted,

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

BY:  /s/ Benjamin D. Bergmann
Benjamin D. Bergmann    AT0009469
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone:  (515) 284-5737
Facsimile:   (515) 284-1704
Email: bbergmann@parrishlaw.com
**ATTORNEY FOR PLAINTIFF**

<u>**PROOF OF SERVICE**</u>
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:
( ) personal service        ( ) first class mail
( ) certified mail, return receipt requested    ( ) facsimile
( ) Airborne Express (overnight)    (X) electronic filing
                    ( ) e-mail
on June 5, 2023. I declare that the statements above are true to the best of my information, knowledge and belief.

_____/S/ Jennifer Weston_____

Copies to:

Jaki K Samuelson
Anna E. Mallen
WHITFIELD & EDDY, P.L.C.
699 Walnut St., Suite 2000
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: Samuelson@whitfieldlaw.com
mallen@whitfieldlaw.com
**ATTORNEYS FOR DEFENDANTS MCDONALD'S RESTAURANTS OF IOWA; STEENA CO., LLC. D/B/A AS MCDONALDS, AND CARA VAN STEENIS**

Sarah Franklin
Dentons Davis Brown P.C.
215 10th Street, Suite 1300
Des Moines, IA, 50309
Telephone: (515) 288 2500
sarah.franklin@dentons.com
**ATTORNEY FOR DEFENDANT CULTURAL HOMESTAY INTERNATIONAL**