# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT
### (CENTRAL DIVISION)

| | |
|---|---|
| **RAYMUNDA MARCANO FIGUEROA,** **Plaintiff,** v. **CULTURAL HOMESTAY INTERNATIONAL; MCDONALD'S RESTAURANTS OF IOWA; STEENA CO., LLC d/b/a MCDONALDS, and CARA VANSTEENIS,** **Defendants.** | **CASE NO. 4:23-cv-00065-RGE-SBJ** **VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**COMES NOW**, the Plaintiff, Raymunda Marcano Figueroa, by and through her undersigned counsel, and hereby voluntarily dismisses the above-captioned matter with prejudice and without court order pursuant to Federal Rule of Civil Procedure 41(a)(1), with consent and stipulation of all parties who have appeared in this matter.

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

BY:   /s/ Benjamin D. Bergmann
Benjamin D. Bergmann    AT0009469
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone:  (515) 284-5737
Facsimile:   (515) 284-1704
Email: bbergmann@parrishlaw.com
**ATTORNEY FOR PLAINTIFF**

## DEFENDANTS' STIPULATION

**COME NOW,** the Defendants Steena Co., LLC d/b/a McDonalds and Cara Van Steenis, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

        WHITFIELD & EDDY, P.L.C.
        699 Walnut St., Suite 2000
        Des Moines, IA 50309
        Telephone: (515) 288-6041
        Fax: (515) 246-1474
        Email: Samuelson@whitfieldlaw.com
        mallen@whitfieldlaw.com

        BY: */s/ Jaki K. Samuelson*
            Jaki K. Samuelson

        BY: */s/ Anna E. Mallen*
            Anna E. Mallen

**ATTORNEYS FOR DEFENDANTS MCDONALD'S RESTAURANTS OF IOWA; STEENA CO., LLC. D/B/A AS MCDONALDS, AND CARA VAN STEENIS**

## DEFENDANT'S STIPULATION

**COME NOW,** the Defendant Cultural Homestay International, by and through its undersigned counsel, and hereby stipulate to the voluntary dismissal with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

/s/Sarah K. Franklin
Sarah K. Franklin, AT0009630
Katie E. Gral, AT0013357
Spencer M. Willems, AT0014087
DENTONS DAVIS BROWN P.C
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
Telephone: 515-288-2500
Facsimile: 515-243-0654
Email: sarah.franklin@dentons.com
Email: katie.gral@dentons.com
Email: spencer.willems@dentons.com
**ATTORNEYS FOR DEFENDANT CULTURAL HOMESTAY INTERNATIONAL**

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:
( )   personal service                         ( )   first class mail
( )   certified mail, return receipt requested ( )   facsimile
( )   Airborne Express (overnight)             (X)   electronic filing
                                               ( )   e-mail
on the 7th day of July 2023.
I declare that the statements above are true to the best of my information, knowledge and belief.

/S/ Jennifer Weston